In the Matter of the Claim of BARNEY CAMPISI JR., Appellant. COMMISSIONER OF LABOR, Respondent. [956 NYS2d 216]—

Peters, P.J., Rose, Spain, Kavanagh and Garry, JJ., concur. Ordered that the decision is affirmed, without costs.